CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jasiel Corral-Cinco**<br>DOB: 1989; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>15-03385MJ |

Complaint for violation of Title 21, United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about November 30, 2015, at or near Nogales, in the District of Arizona, **Jasiel Corral-Cinco**, named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).
   All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 30, 2015, the Nogales United States Border Patrol Station received a call of two possible illegal aliens hiding in the brush at Target Range Road and Industrial Park Avenue near Nogales, Arizona. A United States Border Patrol agent responded to the area and encountered two individuals; one was later identified as JASIEL CORRAL-CINCO. Both individuals presented valid B1/B2 Visas and were free to go. The agent continued to search the area and discovered 16 bundles of marijuana in the bed of a white truck. The total approximate weight of marijuana was 188.28 kilograms.

After waiving his Miranda rights, CORRAL-CINCO stated that he was going to pick up the truck and knew it was loaded with narcotics. CORRAL-CINCO then identified a key that he had in his pocket as the key to the white truck.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
   Being duly sworn, I declare that the foregoing is
   true and correct to the best of my knowledge.
CHR/ts
AUTHORIZED AUSA Craig H. Russell

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE

Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]   Leslie A. Bowman

DATE
December 1, 2015

[1] See Federal rules of Criminal Procedure Rules 3 and 54